IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TOWNHOMES OF HERITAGE SQUARE HOMEOWNER'S ASSOCIATION | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-CV-00504-SDJ-AGD |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 14, 2024, the Report of the Magistrate Judge, (Dkt. #19), was entered containing proposed findings of fact and recommendation that Defendant's Motion to Preclude Attorney's Fees (Dkt. #5) be granted and that Plaintiff be precluded from recovering attorney's fees incurred after June 23, 2023, in the instant lawsuit.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion to Preclude Attorney's Fees (Dkt. #5) is **GRANTED** and Plaintiff is precluded from recovering attorney's fees incurred after June 23, 2023, in the instant lawsuit.

**So ORDERED and SIGNED this 29th day of March, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE