THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TOWNHOMES OF HERITAGE SQUARE HOMEOWNER'S ASSOCIATION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § § § | CIVIL ACTION NO. 4:23-cv-00504-SDJ-AGD |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Townhomes of Heritage Square Homeowner's Association and Defendant Philadelphia Indemnity Insurance Company submit this Joint Motion to Dismiss with Prejudice and respectfully state as follows:

Plaintiff and Defendant have resolved their dispute and therefore request that the Court enter an Order dismissing, with prejudice, the above-styled-and-numbered lawsuit, along with all claims which were, or which could have been brought therein, whether by the parties to the lawsuit, or any other person or party claiming by, through, or under either of them, with each party to bear its own fees and costs.

*[Intentionally left blank, signatures follow]*

Respectfully submitted,

By: */s/ Brandt R. Johnson*
 Steven J. Badger
 Texas Bar No. 01499050
 sbadger@zellelaw.com
 Brandt R. Johnson
 Texas Bar No. 00794030
 bjohnson@zellelaw.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:     214-742-3000
Facsimile:     214-760-8994

**ATTORNEYS FOR DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY**

**-and-**

By:*/s/ Marc K. Whyte (signed w/permission)*
 Marc K. Whyte
 Texas Bar No. 24056526
 mwhyte@whytepllc.com
 Naomi Lara
 Texas Bar No. 24096944
 naomi@pdattorney.com

**WHYTE PLLC**
2101 NW Military Hwy
San Antonio, TX 78213
Telephone:     210-562-2888
Facsimile:     210-562-2873

**ATTORNEYS FOR PLAINTIFF TOWNHOMES OF HERITAGE SQUARE HOMEOWNER'S ASSOCIATION**

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing has been served on all counsel of record, pursuant to the Federal Rules of Civil Procedure on the 20th day of May, 2024 as follows:

>Marc K. Whyte
>mwhyte@whytepllc.com
>WHYTE PLLC
>2101 NW Military Hwy
>San Antonio, TX 78213
>Telephone:     210-562-2888
>Facsimile:      210-562-2873
>***Attorney for Plaintiff***

>*/s/ Brandt R. Johnson*
>Brandt R. Johnson